IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 4:21-cv-00160-FL

| ERIC EDWARTOSKI and APRIL EDWARTOSKI, | |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

THIS MATTER is before the Court on Plaintiffs Eric Edwartoski and April Edwartoski's Consent Motion to Extend Stay Pending Appraisal ("Motion"). For good cause shown, and it being reported to the Court that counsel for State Farm Fire and Casualty Company consents to the motion, that said motion should be GRANTED.

IT IS ORDERED that the Motion is GRANTED, and that all activity in this case is STAYED through January 31, 2022.

IT IS SO ORDERED, this the 3rd day of January, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge