IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 4:21-cv-00160-FL

| ERIC EDWARTOSKI and APRIL EDWARTOSKI, | |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

THIS MATTER is before the Court on State Farm Fire and Casualty Company's Consent Motion to Extend the Stay Pending Appraisal ("Motion"). For good cause shown, and it being reported to the Court that counsel for Plaintiffs consent to the motion, that said motion should be GRANTED.

IT IS ORDERED that the Motion is GRANTED, and that all activity in this case is STAYED through March 15, 2022.

IT IS SO ORDERED, this the 2nd day of February, 2022.

Louise Wood Flanagan
United States District Judge