IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 4:21-cv-00160-FL

| | |
|---|---|
| ERIC EDWARTOSKI and APRIL EDWARTOSKI,<br><br>             **Plaintiffs,**<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>             **Defendant.** | **ORDER** |

THIS MATTER is before the Court on Plaintiffs Eric Edwartoski and April Edwartoski's Consent Motion to Extend Stay Pending Submission of Personal Property Claim ("Motion"). For good cause shown, and it being reported to the Court that counsel for State Farm Fire and Casualty Company consents to the motion, that motion is GRANTED.

The parties are DIRECTED to file jointly a report indicating the status of the personal property claim every 90 days, or upon defendant's completion of review of the personal property claim, whichever is sooner. All activity in this case is STAYED pending submission of plaintiff's personal property claim and defendant's completion of review of the same. Within 14 days of defendant's completion of review, the parties are DIRECTED to file jointly a proposed amended case management order.

IT IS SO ORDERED, this the 17th day of January, 2023.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge